[This opinion has been published in *Ohio Official Reports* at 179 Ohio St.3d 62.]

THE STATE OF OHIO, APPELLEE, *v.* ALLEY, APPELLANT.

[Cite as *State v. Alley*, 2024-Ohio-5746.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2024-0288—Submitted December 6, 2024—Decided December 10, 2024.)

APPEAL from the Court of Appeals for Sandusky County,

No. S-23-006, 2024-Ohio-115.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and DETERS, JJ. BRUNNER, J., dissented and would hold the cause for the decision in 2023-1058, *State v. Smith*.

{¶ 1} This cause is dismissed as having been improvidently accepted.

_____

Beth A. Tischler, Sandusky County Prosecuting Attorney, for appellee.

Stahl & Stephenson and Michael H. Stahl, for appellant, Matthew Alley.

_____